**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Julio GARZA–SOLIS, Defendant—
Appellant.**

No. 02–30037.

D.C. No. CR–01–05415–JET.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 25, 2004.

Douglas J. Hill, Tacoma, WA, for Plaintiff–Appellee.

David Koch, Seattle, WA, for Defendant–Appellant.

Before FERNANDEZ, W. FLETCHER, and TALLMAN, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM**

Julio Garza–Solis appeals his guilty-plea conviction and 120–month sentence for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a), (b)(1)(A), and 846.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Garza–Solis has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Garza–Solis has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.